**Johnnie Lee WILLIAMS, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28057.**

Court of Criminal Appeals of Texas.

Feb. 15, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This purports to be an appeal from a conviction for burglary, with punishment assessed at two years in the penitentiary.

As required by Art. 827, C.C.P., the record does not reflect that a notice of appeal was given and entered of record.

In the absence thereof, this court has no jurisdiction to entertain the appeal.

The appeal is dismissed.